UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

**In re:**
Takeidra J. Davis
6240 Stumph Road, #211A
Parma Heights, OH 44130

**Case Number:** 18−14362−jps

**Chapter:** 13

**Judge:** JESSICA E. PRICE SMITH

## NOTICE TO THE DEBTOR AND OTHER PARTIES IN INTEREST ABOUT ATTORNEY Jeffrey H. Weir, II

To the Debtor:

The docket of the U.S. Bankruptcy Court shows that you are represented by the above−captioned attorney. On March 5, 2019, the U.S. District Court revoked the above−captioned attorney's privilege to practice in the federal courts in this district, including the Bankruptcy Court. As a result, the above−captioned attorney will no longer be able to represent you in your bankruptcy case. You may wish to contact your local bar association for a list of other attorneys who handle bankruptcy cases. The bar association information is available on the court's web site at www.ohnb.uscourts.gov.

**Date:** March 6, 2019
Form ohnb110

Teresa D. Underwood
Clerk of Court